IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 0:17-cv-60458

SREAM, INC., a California Corporation,

    Plaintiff,

v.

GRATEFUL J'S, INC., a Florida
Corporation,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

    Plaintiff, SREAM, INC., a California Corporation. ("SREAM"), by and through its undersigned counsel, respectfully submits a recent decision by the United States District Court for the Southern District of Florida in the below case as supplemental authority in support of the Plaintiff's Response to Defendant, GRATEFUL J'S, INC., a Florida Corporation's, Motion to Dismiss Amended Complaint. A copy of the District Court's opinion in favor of Sream, Inc. is attached as Exhibit A.

Dated: June 23, 2017

                                                                  Respectfully submitted,

                                                                   /s/ Jamie Alan Sasson_____
                                                                   Jamie Alan Sasson
                                                                   Florida Bar No.: 10802
                                                                   Serv513@LegalBrains.com
                                                                   **THE TICKTIN LAW GROUP, PLLC.**
                                                                   270 SW Natura Avenue
                                                                   Deerfield Beach, Florida 33441-1610
                                                                   Telephone: (954) 570-6757
                                                                   Facsimile: (954) 570-6760

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 23rd day of June 2017, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ Jamie Alan Sasson
Jamie Alan Sasson

## SERVICE LIST

Ed McHale, Esquire
McHale & Slavin, P.A.
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
litigation@mchaleslavin.com
Telephone: (561) 625-6575
Facsimile: (561) 625-6572
*Counsel for the Defendant*

Jamie Alan Sasson, Esquire
The Ticktin Law Group, PLLC
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv513@LegalBrains.com
Telephone: (954) 570-6757
Facsimile: (954) 418-7120
*Counsel for the Plaintiff*